United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60334
Summary Calendar

ERIC BATUNGWANAYO,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 225 036
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:*

Eric Batungwanayo has petitioned for review of the decision
of the Board of Immigration Appeals (BIA) dismissing as untimely
his appeal from the immigration judge's decision denying his
motion to reopen his deportation proceedings.  Batungwanayo has
not shown that the BIA abused its discretion in determining he
had failed to support his motion to reopen with previously
unavailable material evidence showing that he had a well-founded
fear of persecution related to his political beliefs or ethnicity
based on changed conditions in Burundi.  See Singh v. Gonzales,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

436 F.3d 484, 487 (5th Cir. 2006); 8 U.S.C. § 1229a(c)(7).  The petition for review is DENIED.